# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **RACHEL M. THOMPSON,** | : | **CASE NO. 2:16-cv-00734 – GCS-KAJ** |
| Plaintiff, | : | |
| v. | : | |
| **GENERAL REVENUE CORPORATION,** | : | **DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| Defendant. | : | |

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant General Revenue Corporation moves for an order granting judgment in its favor and against Plaintiff Rachel M. Thompson based upon the parties' pleadings.  A memorandum in support is attached.

DATED this 26th day of September, 2016.

                                        Respectfully submitted,

                                        /s/Kevin R. Feazell
                                        Kevin R. Feazell     (0059634)
                                        James C. Kezele    (0089610)
                                        Cors & Bassett, LLC
                                        537 E. Pete Rose Way
                                        Suite 400
                                        Cincinnati, OH 45202
                                        513-852-8200
                                        Fax:  513-852-8222
                                        krf@corsbassett.com
                                        jck@corsbassett.com

                                        Attorneys for Defendant
                                        General Revenue Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2016, I filed this Motion with the Court using the CM/ECF System, which will serve all parties of interest, including:

Michael B. Zieg, Esq.
Nobile & Thompson Co., LPA
4876 Cemetery Road
Hilliard, OH 43026

/s/ Kevin R. Feazell_____
Kevin R. Feazell

753848.1