IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RACHEL M. THOMPSON,

      Plaintiff,

v.                                               Civil Action 2:16-cv-734
                                                  Judge George C. Smith
                                                  Magistrate Judge Jolson

GENERAL REVENUE CORP.,

      Defendant.

## ORDER

This matter is before the Court pursuant to its Order directing the parties to confer and submit a proposed case management schedule. (Doc. 40). The parties' proposed schedule is hereby **ADOPTED**. Consequently, the parties are hereby **ORDERED** to adhere to the following case management schedule:

1. Discovery shall be bifurcated into Fed. R. Civ. P. 23 Class discovery and Merits discovery. Except as provided below, merits discovery shall proceed by separate schedule only after the Court has issued its ruling on class certification. Merits discovery once commenced may include discovery on the issues of class member identities, and Defendant's "net worth" within the meaning of the Fair Debt Collection Practices Act ("FDCPA"); 15 U.S.C. §1692k.

2. Class discovery and any discovery pertaining to Plaintiff's individual claims under the FDCPA shall be completed on or before November 15, 2018;

3. Any motion(s) for class certification shall be filed on or before November 30, 2018.

      IT IS SO ORDERED.

Date: June 20, 2018                                           /s/ Kimberly A. Jolson_____
                                                              KIMBERLY A. JOLSON
                                                              UNITED STATES MAGISTRATE JUDGE