# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RACHEL M. THOMPSON,**

    **Plaintiff,**

    v.                                          **Civil Action 2:16-cv-734**
                                                           **Judge George C. Smith**
                                                           **Magistrate Judge Jolson**

**GENERAL REVENUE CORP.,**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion to Extend Class Discovery and Certification Deadlines (Doc. 42).  Defendant does not oppose the Motion.  (*Id.* at 1).  Plaintiff's Motion is **GRANTED**.  The parties shall complete class discovery on or before December 15, 2018, and Plaintiff shall file any motion for class certification on or before January 15, 2019.

IT IS SO ORDERED.


Date:  October 16, 2018                                    /s/ Kimberly A. Jolson
                                                                KIMBERLY A. JOLSON
                                                                UNITED STATES MAGISTRATE JUDGE