IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RACHEL M. THOMPSON,**

    **Plaintiff,**

  v.                                  **Civil Action 2:16-cv-734**
                                        **Judge George C. Smith**
                                        **Magistrate Judge Jolson**

**GENERAL REVENUE CORP.,**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend Class Discovery and Certification Deadlines (Doc. 46). The Joint Motion is **GRANTED**. Plaintiff shall complete class discovery on or before May 30, 2019 and shall file any motion for class certification on or before June 30, 2019.

By the time Plaintiff files a motion for class certification, this case will be nearly three years old. This is the third extension of the class discovery and certification deadlines. **No further extensions will be granted.**

IT IS SO ORDERED.


Date:  March 14, 2019                            /s/ Kimberly A. Jolson
                                              KIMBERLY A. JOLSON
                                             UNITED STATES MAGISTRATE JUDGE